UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN VILLELLA, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>      v.<br><br>CHEMICAL AND MINING COMPANY OF CHILE, INC., et al.,<br><br>             Defendants. | Civil Action No. 1:15-cv-02106-ER-GWG (Consolidated)<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND SCHEDULING ORDER GOVERNING SUMMARY JUDGMENT MOTIONS AND DAUBERT MOTIONS |

WHEREAS, on October 11, 2019, the parties appeared for a status conference and the Court set a deadline for the filing of dispositive motions, if any, 30 days after the deposition of third-party witness Wayne Brownlee;

WHEREAS, the deposition of Wayne Brownlee took place on February 25, 2020;

WHEREAS, both parties may file *Daubert* motions in addition to any motions for summary judgment, and respectfully request that the Court waive its pre-motion letter and conference requirements set forth in Section 2.A.ii of the Court's Individual Rules of Practice;

WHEREAS, the parties have conferred and agreed, pending the Court's approval, to a schedule governing briefing on summary judgment and accompanying *Daubert* motions as set forth below;

Accordingly, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, subject to Court approval, as follows:

| EVENT | DEADLINE |
| --- | --- |
| Motions for Summary Judgment and Accompanying *Daubert* Motions | March 26, 2020 |
| Oppositions to Motions for Summary Judgment and Accompanying *Daubert* Motions | May 29, 2020 |
| Replies in Support of Motions for Summary Judgment and Accompanying *Daubert* Motions | July 13, 2020 |

The pre-motion letter and conference requirements set forth in Section 2.A.ii of the Court's Individual Rules of Practice are hereby waived regarding the parties' *Daubert* and summary judgment motions.

Each party reserves the right to seek an extension of the above deadlines.

Dated: March 11, 2020

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>AELISH M. BAIG<br>MATTHEW S. MELAMED<br>JOHN H. GEORGE<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br><br>*Lead Counsel for Plaintiff* | MILBANK LLP<br>SCOTT A. EDELMAN<br>GRANT R. MAINLAND<br>ALISON BONELLI<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 530-5000<br><br>*Attorneys for Defendant Chemical and Mining Company of Chile, Inc.* |
| By:   /s/ Matthew S. Melamed<br>       MATTHEW S. MELAMED | By:   /s/ Grant R. Mainland<br>       GRANT R. MAINLAND |

**SO ORDERED.**

DATED: March 11, 2020

HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE