UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN VILLELLA, *individually and on behalf of all other similarly situated*,

      Plaintiff,

– against –

CHEMICAL & MINING CO. OF CHILE, INC.,

      Defendants.

**ORDER**

15 Civ. 2106 (ER)

RAMOS, D.J.:

  The Court is in receipt of the parties' correspondence in reference to sealing exhibits to their recent motion briefs. Docs. 176, 177, 192.

  The Court GRANTS the defendant's motion, Doc. 176, to seal Exhibits 5, 8, 9, 10, 15, 35, 36, 38, 40, 42, 43, 47, 48, 49, 50, 61, 62, 67, 68, 69, 74, 76, and 79 to the Declaration of Grant R. Mainland, Doc. 175, and to file redacted copies of its motion briefing. The defendant is directed to email unredacted copies of the relevant documents to Chambers as either a single archive file or as a link to an online file server. They are directed to file physical courtesy copies with the Court when local circumstances permit, but no later than October 1, 2020.

  The Court GRANTS the plaintiffs' motion, Doc. 177, to seal certain exhibits attached to the Declaration of Matthew S. Melamed, Doc. 189, the Declaration of Armen Zohrabian, Doc. 180, and the Declaration of John H. George, Doc. 184. Although the specific exhibits are not identified in the plaintiffs' motion to seal, a review of the declarations suggests the plaintiffs move to seal Exhibits 25, 32, 36, and 38 of the Melamed Declaration, Exhibits 1, 2, 3, and 4 of the Zohrabian Declaration, and Exhibits 1, 5, 6, 9, 10, and 11 to the George Declaration. They further move to file redacted copies of Exhibits 29, 30, 31, 33, 34, 35, and 37 to the Melamed Declaration, as well as of their

briefing papers.  The plaintiffs are directed to email unredacted copies of the relevant documents to Chambers as either a single archive file or as a link to an online file server.  They are directed to file physical courtesy copies with the Court when local circumstances permit, but no later than October 1, 2020.

Finally, the Court notes that the plaintiffs have objected to the sealing of certain of the above documents.  Doc. 192.  The parties are directed to confer and submit a letter by Friday, May 15, 2020, detailing which documents may be unsealed or redacted on consent and which documents the parties still dispute.  The Court will rule on the motion at that time.

The Clerk of Court is respectfully directed to terminate the granted motions, Docs. 176 and 177.

It is SO ORDERED.

Dated:   May 5, 2020
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.