# Milbank

**SCOTT A. EDELMAN**

*Partner and Chairman*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5149
sedelman@milbank.com  |  milbank.com

November 11, 2020

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Villella v. Chemical and Mining Company of Chile, Inc. et al.*, 15-cv-2106-ER

Dear Judge Ramos:

    We write to inform the Court that the parties to the above-captioned class action have entered into a binding agreement to settle the action. Defendant Chemical and Mining Company of Chile (a/k/a Sociedad Química y Minera de Chile S.A., or "SQM") publicly announced the settlement today.

    The parties are currently preparing the relevant documentation to submit to the Court for preliminary approval of the settlement. The parties request that the Court schedule a hearing on the motion for preliminary approval for December 17, 2020, or as soon thereafter as is convenient for the Court.

    In light of the proposed settlement, the parties jointly request that the Court enter a stay of the action.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Hon. Edgardo Ramos
November 11, 2020

Respectfully submitted,

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **MILBANK LLP** |
| By: /s/ Aelish M. Baig<br>　　Aelish M. Baig<br>　　Matthew S. Melamed<br>　　Armen Zohrabian<br>　　John H. George<br>　　Post Montgomery Center<br>　　One Montgomery Street, Suite 1800<br>　　San Francisco, CA 94104<br>　　Telephone: 415-288-4545<br><br>　　Samuel H. Rudman<br>　　58 South Service Road, Suite 200<br>　　Melville, NY 11747<br>　　Telephone: 631-367-7100<br><br>　　Sabrina E. Tirabassi<br>　　120 East Palmetto Park Road, Suite 500<br>　　Boca Raton, FL 33432<br>　　Telephone: 561-750-3000 | By: /s/ Scott A. Edelman<br>　　Scott A. Edelman<br>　　Grant R. Mainland<br>　　Alison Bonelli<br>　　55 Hudson Yards<br>　　New York, New York 10001<br>　　Telephone: 212-530-5000<br><br>*Attorneys for Defendant Chemical and Mining Company of Chile, Inc.* |

  *Counsel for Lead Plaintiff*

cc:　All Counsel of Record (via ECF)

---

A hearing on the motion for preliminary approval of the settlement agreement will be held on December 18, 2020 at 10am. The hearing will be held remotely and telephonically. The parties are instructed to call 877-411-9748 and enter access code 3029857# when prompted. The Clerk of Court is respectfully directed to stay this case.

The application is  _x_  granted
　　　　　　　　　 ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 11/12/2020
New York, New York

2