UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEGAN VILLELLA, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:15-cv-02106-ER-GWG (Consolidated) |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : | LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR |
| CHEMICAL AND MINING COMPANY OF CHILE INC., et al., | : : : | PRELIMINARY APPROVAL OF SETTLEMENT |
| Defendants. | : : : | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 18, 2020, at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff The Council of the Borough of South Tyneside Acting in its Capacity as the Administering Authority of the Tyne and Wear Pension Fund, by and through its attorneys, will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto. Defendants do not oppose the motion.

DATED: December 11, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
ARMEN ZOHRABIAN
JOHN H. GEORGE

/s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com
azohrabian@rgrdlaw.com
jgeorge@rgrdlaw.com

- 1 -
4811-7536-3796.v1

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
elleng@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
stirabassi@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

# CERTIFICATE OF SERVICE

I Aelish M. Baig, hereby certify that on December 11, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Aelish M. Baig
AELISH M. BAIG