# EXHIBIT A

# EXHIBIT A

*Villella v. Chemical and Mining Company of Chile Inc., et al.*,
No. 1:15-cv-02106-ER-GWG
Robbins Geller Rudman & Dowd LLP
Inception through December 29, 2020

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Baig, Aelish M. | (P) | 1,564.90 | 935 | $ 1,463,181.50 |
| Bear, Nathan W. | (P) | 150.75 | 830 | 125,122.50 |
| Cochran, Brian E. | (P) | 24.75 | 760 | 18,810.00 |
| Daniels, Patrick W. | (P) | 26.60 | 945 | 25,137.00 |
| Drosman, Daniel S. | (P) | 87.80 | 1,100 | 96,580.00 |
| Gusikoff Stewart, Ellen A. | (P) | 47.80 | 1,080 | 51,624.00 |
| Melamed, Matthew S. | (P) | 1,971.70 | 800 | 1,577,360.00 |
| Robbins, Darren J. | (P) | 46.65 | 1,325 | 61,811.25 |
| Rosenfeld, David A. | (P) | 9.00 | 920 | 8,280.00 |
| Rothman, Robert M. | (P) | 17.00 | 1,100 | 18,700.00 |
| Rudman, Samuel H. | (P) | 3.80 | 1,325 | 5,035.00 |
| George, John H. | (A) | 3,251.65 | 560 | 1,820,924.00 |
| Schwartz, Andrew L. | (A) | 37.50 | 460 | 17,250.00 |
| Tirabassi, Sabrina E. | (A) | 778.75 | 745 | 580,168.75 |
| Zohrabian, Armen | (A) | 1,895.00 | 630 | 1,193,850.00 |
| Walton, David C. | (OC) | 12.90 | 1,080 | 13,932.00 |
| Arellano, Michelle | (PA) | 2,630.00 | 415 | 1,091,450.00 |
| Prado, Jessica V. | (PA) | 886.40 | 360 | 319,104.00 |
| Wasung, Pierter | (PA) | 1,864.70 | 400 | 745,880.00 |
| Koelbl, Terry R. | (FA) | 44.50 | 600 | 26,700.00 |
| Barhoum, Anthony J. | (EA) | 12.00 | 430 | 5,160.00 |
| Topp, Jennifer M. | (EA) | 30.50 | 335 | 10,217.50 |
| Uralets, Boris | (EA) | 23.50 | 415 | 9,752.50 |
| Roelen, Scott R. | (RA) | 23.50 | 295 | 6,932.50 |
| Wilhelmy, David E. | (RA) | 12.20 | 295 | 3,599.00 |
| Brandon, Kelley T. | (I) | 15.50 | 290 | 4,495.00 |
| Camozzi, Miranda C. | (LS) | 96.40 | 220 | 21,208.00 |
| Lee, Alexander J. | (LS) | 109.05 | 220 | 23,991.00 |
| Lewis, Bradley P. | (LS) | 29.00 | 150 | 4,350.00 |
| Magos, Bailey | (LS) | 336.00 | 220 | 73,920.00 |
| Torres, Michael | (LS) | 45.40 | 375 | 17,025.00 |
| Reines, Bryan | (LC) | 32.50 | 170 | 5,525.00 |

- 2 -

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Paralegals | | 2,247.30 | 275-350 | 703,551.25 |
| Document Clerks | | 1,252.50 | 150 | 187,875.00 |
| Shareholder Relations | | 22.55 | 95-100 | 2,174.50 |
| *TOTAL* | | *19,640.05* | | *$ 10,340,676.25* |

(P) Partner
(A) Associate
(OC) Of Counsel
(PA) Project Attorney
(FA) Forensic Accountant
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(LC) Law Clerk