**Robbins Geller Rudman & Dowd LLP**

Boca Raton   Melville   San Diego
Chicago   Nashville   San Francisco
Manhattan   Philadelphia   Washington, D.C.

Ellen Gusikoff Stewart
elleng@rgrdlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/30/2021__

March 29, 2021

**MEMO ENDORSED**

VIA ECF

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Ctrm: 619
New York, NY  10007

Re:   *Villella v. Chemical and Mining Company. of Chile, Inc.*
No. 1:15-cv-02106-ER-GWG (S.D.N.Y.)

Dear Judge Ramos:

We represent Lead Plaintiff The Council of the Borough of South Tyneside Acting in its Capacity as the Administering Authority of the Tyne and Wear Pension Fund, in the above-captioned action.  In light of the circumstances caused by the ongoing Covid-19 pandemic, we write on behalf of all parties to respectfully request that the Court conduct the April, 2, 2021 Settlement Hearing as a telephonic or video hearing, as permitted by the Court's Order Preliminarily Approving Settlement.  *See* ECF No. 236 at ¶3.  In the event the Court grants the parties' request, Lead Counsel will promptly instruct the Claims Administrator to update the Settlement website to prominently provide such information, as well as any access codes.

Respectfully submitted,

*/s/ Ellen Gusikoff Stewart*

ELLEN GUSIKOFF STEWART

EGS:mm

cc:   All counsel (via ECF)

---

The fairness hearing scheduled for April 2, 2021 at 10:00 a.m. will occur remotely by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __3/30/2021__
New York, New York

---

4842-8864-5859.v1

One Montgomery Street   Suite 1800   San Francisco, CA 94104   Tel 415-288-4545   Fax 415-288-4534   rgrdlaw.com