UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEGAN VILLELLA, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:15-cv-02106-ER-GWG (Consolidated) |
| Plaintiff, | : | CLASS ACTION |
| vs. | : | [PROPOSED] ORDER APPROVING DONATION OF RESIDUAL SETTLEMENT FUNDS |
| CHEMICAL AND MINING COMPANY OF CHILE INC., et al., | : | |
| Defendants. | : | |

This matter came before the Court on Lead Counsel's motion regarding the distribution of the small residual funds remaining following the completion of the processing of claim forms. Pursuant to ¶5.10 of the Stipulation of Settlement (ECF 234), Lead Counsel seeks the Court's approval to distribute the *de minimis* residual, approximately $3,200, to Legal Services NYC, a non-profit organization devoted to, among other things, supporting law-related programs of legal services organizations throughout New York City, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's motion, IT IS HEREBY ORDERED THAT:

The *de minimis* residual funds remaining in the distribution account may be donated to Legal Services NYC.

IT IS SO ORDERED.

DATED: February 3, 2025

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Ellen Gusikoff Stewart, hereby certify that on January 31, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ *Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART